PER CURIAM.

Affirmed on the authority of United States v. Bank of New York & Trust Company (C. C. A.) 77 F.(2d) 866, handed down herewith.

MANTON, Circuit Judge, dissenting; see United States v. Bank of New York & Trust Co. (C. C. A.) 77 F.(2d) 866.

PER CURIAM.

Affirmed on the authority of United States v. Bank of New York & Trust Company (C. C. A.) 77 F.(2d) 866, handed down herewith.

MANTON, Circuit Judge, dissenting; see United States v. Bank of New, York & Trust Co. (C. C. A.) 77 F.(2d) 866.

**UNITED STATES of America, Complainant-Appellant, v. PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Successors to Manhattan Bank & Trust Company, Defendant-Appellee.**

No. 305.

Circuit Court of Appeals, Second Circuit.

May 20, 1935.

For opinion below, see 10 F. Supp. 269.

Martin Conboy, U. S. Atty., and Francis H. Horan and Edward J. Ennis, Asst. U. S. Attys., all of New York City.

Shearman & Sterling, of New York City (Joseph M. Proskauer, Philip A. Carroll, Otey McClellan, and J. Alvin Van Bergh, all of New York City, of counsel), for National City Bank of New York.

Wendell P. Barker, of New York City (Wendell P. Barker, Robert J. Sykes, and William C. Morris, all of New York City, of counsel), for defendant president and directors of Manhattan Co.

Graham, McMahon, Buell & Knox, of New York City (Edward Ward McMahon and William H. Hall, both of New York City, of counsel), amicus curiæ, pro se and in behalf of creditors of the Northern Insurance Co. of Moscow.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

**In re NEW ROCHELLE COAL & LUMBER CO.**

No. 410.

Circuit Court of Appeals, Second Circuit.

June 3, 1935.

Moos, Nathan, Imbrey & Levine, of New York City (S. Howard Imbrey, of New York City, of counsel), for appellant.